UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>Plaintiffs,<br>vs.<br><br>Queen City Construction, Inc. and Kyle Kruger, individually,<br><br>Defendants. | Civil File No. 10-CV-4416 PAM/JSM<br><br><br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiffs, this matter is hereby dismissed without prejudice and without further costs to either party.

**IT IS SO ORDERED.**

Dated:  April 27, 2011             BY THE COURT:


                                          s/Paul A. Magnuson
                                          The Honorable Paul A. Magnuson
                                          United States District Judge